René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 Vine Street, Suite 234
Los Angeles, CA  90028
Telephone:   (213) 225-7171
Facsimile:    (213) 225-7151
E-mail:         rtatro@ttsmlaw.com
                     jmarkowitz@ttsmlaw.com

Attorneys for Defendant Sweet Oak Parent LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON OH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SWEET OAK PARENT LLC, a Delaware limited liability company;<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-06553-SPG (AJR)<br><br>**SWEET OAK PARENT LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:  January 28, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C, 5th Floor<br><br>Judge: Hon. Sherilyn Peace Garnett |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 28, 2026 at 1:30 p.m. or as soon thereafter as this matter can be heard before the Honorable Sherilyn Peace Garnett in Courtroom 5C (5th Floor) of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012, defendant Sweet Oak Parent LLC ("Sweet Oak") will and hereby does move for an order dismissing the First Amended Class Action Complaint ("FAC") of plaintiff Simon Oh ("Plaintiff") and each of the claims for relief therein—*i.e.*, for violation of the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 *et seq.*, False Advertising Law ("FAL"), Cal. Bus. & Prof. Code § 17500 *et seq.*, and Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code 1750 *et seq.*—in whole or in part, on the following grounds:

1. Pursuant to Rules 12(b)(6) and 8 of the Federal Rules of Civil Procedure for failure to state a claim on which relief can be granted because Plaintiff cannot satisfy the required element of reliance and/or that the allegedly wrongful conduct caused him economic injury because the online photograph of Sweet Oak's Wholesome Allulose Zero-Calorie Sweetener Product (the "Product")—which Plaintiff also includes in the FAC and which he claims is misleading—as well as the other photographs on the Amazon.com website where Plaintiff alleges he purchased the Product, do not allow Plaintiff (or other consumers) to ascertain the size of the package before making a purchase, so there is no way for a consumer to be "misled"; and

2. Because Plaintiff will continue to be able to confirm the amount of Product in the package in the future simply by reading the amount stated on the front (12 ounces), as well as the serving size and number of servings on the back (about 40 two-teaspoon servings), he does not have standing to assert claims for injunctive relief consistent with Article III of the U.S. Constitution.

The motion is based on this Notice of Motion and Motion, as well as the Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Juliet A. Markowitz and exhibits attached thereto, all of which are filed herewith, all other papers

1

**SWEET OAK PARENT LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 2:25-cv-06553-SPG (AJR)**

and pleadings on file hereon and that will be filed by Sweet Oak in support of this motion, and the argument of counsel at the hearing of this motion.

As set forth in the accompanying Declaration of Juliet A. Markowitz, this motion is made following the conference of counsel pursuant to L.R. 7-3 which took place via Zoom on November 6, 2025. The parties were unable to reach a resolution that eliminates the necessity for a hearing.

Dated: November 14, 2025          TATRO TEKOSKY SADWICK LLP

By: _____/s/ *Juliet A. Markowitz*_____
　　Juliet A. Markowitz, Esq.
　　Attorneys for Defendant Sweet Oak
　　Parent LLC

Case 2:25-cv-06553-SPG-AJR    Document 17    Filed 11/14/25    Page 4 of 4    Page ID #:148

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November 2025, I electronically filed

**SWEET OAK PARENT LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following**:**

> PACIFIC TRIAL ATTORNEYS
> Scott J. Ferrell, sferrell@pacifictrialattorneys.com
> Victoria C. Knowles, vknowles@pacifictrialattorneys.com
> 4100 Newport Place Drive, Ste. 800
> Newport Beach, CA 92660
> Tel: (949) 706-6464
> Fax: (949) 706-6469

   /s/ *Karen L. Roberts*
   Karen L. Roberts