# EXHIBIT 1





**EXHIBIT 1 – PAGE 1**





**EXHIBIT 1 – PAGE 2**