# EXHIBIT 2





**EXHIBIT 2 – PAGE 1**