# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON OH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWEET OAK PARENT LLC, a Delaware limited liability company;<br><br>Defendant. | Case No. 2:25-cv-06553-SPG (AJR-x)<br><br>**[PROPOSED] ORDER GRANTING SWEET OAK PARENT LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT [ECF # 17]** |

On November 14, 2025, defendant Sweet Oak Parent LLC ("Sweet Oak") filed a motion to dismiss in whole or in part the First Amended Complaint, Dkt. No. 14 ("FAC") of plaintiff Simon Oh ("Plaintiff") pursuant Rule 12(b)(6) and Rule 8 of the Federal Rules of Civil Procedure and Article III of the U.S. Constitution.

Specifically, Sweet Oak moved to the dismiss the FAC pursuant to Rules 12(b)(6) and 8 of the Federal Rules of Civil Procedure because Plaintiff cannot satisfy the required element of reliance and/or that the allegedly wrongful conduct caused him economic injury because the online photograph of the product at issue, *i.e.*, Sweet Oak's Wholesome Allulose Zero-Calorie Sweetener Product (the "Product"), and the other photographs on the Amamon.com website where Plaintiff allegedly purchased the Product do not allow

Plaintiff to ascertain the size of the package before making a purchase, so there is no way for him to have been be "misled" by the size of the package.

Sweet Oak also moved to dismiss Plaintiff's claims for injunctive relief on the ground that Plaintiff does not have standing to assert such claims consistent with Article III of the U.S. Constitution because Plaintiff will continue to be able to confirm the amount of Product in the package in the future simply by reading the amount stated on the front, as well as the serving size and number of servings on the back.

The Court, having considered Sweet Oak's Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The FAC (Dkt. No. 14) is dismissed with prejudice.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2025, I electronically filed

**[PROPOSED] ORDER GRANTING SWEET OAK PARENT LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT [ECF # 17]**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following**:**

      PACIFIC TRIAL ATTORNEYS
      Scott J. Ferrell, sferrell@pacifictrialattorneys.com
      Victoria C. Knowles, vknowles@pacifictrialattorneys.com
      4100 Newport Place Drive, Ste. 800
      Newport Beach, CA 92660
      Tel: (949) 706-6464
      Fax: (949) 706-6469

                             /s/ *Karen L. Roberts*
                             Karen L. Roberts